OPINIONS OF THE SUPREME COURT OF OHIO
     The full texts of the opinions of the Supreme Court of
Ohio are being transmitted electronically beginning May 27,
1992, pursuant to a pilot project implemented by Chief Justice
Thomas J. Moyer.
     Please call any errors to the attention of the Reporter's
Office of the Supreme Court of Ohio.  Attention:  Walter S.
Kobalka, Reporter, or Deborah J. Barrett, Administrative
Assistant.  Tel.:  (614) 466-4961; in Ohio 1-800-826-9010.
Your comments on this pilot project are also welcome.
     NOTE:  Corrections may be made by the Supreme Court to the
full texts of the opinions after they have been released
electronically to the public.  The reader is therefore advised
to check the bound volumes of Ohio St.3d published by West
Publishing Company for the final versions of these opinions.
The advance sheets to Ohio St.3d will also contain the volume
and page numbers where the opinions will be found in the bound
volumes of the Ohio Official Reports.

Case, Admr., et al., Appellees, v. Norfolk and Western Railway
Company, Appellant; Robinson, Admr., Appellee.
[Cite as Case v. Norfolk & W. Ry. Co. (1994),      Ohio
St.3d     .]
Appeal dismissed for want of final appealable order.
     (No. 91-2476 -- Submitted December 7, 1993 -- Decided May
11, 1994.)
     Appeal from the Court of Appeals for Sandusky County, No.
S-90-24.

     Klineman, Rose, Wolf & Wallack, Jeffrey R. Gaither and
John L. Stewart; Rodney M. Arthur Co., L.P.A., and Joseph W.
O'Neil, for appellees Mildred G. Case, administrator of the
estate of Melanie D. Hay, and Jessie L. Case, administrator of
the estates of Timothy R. and Chad A. Keller.
     Robison, Curphey & O'Connell, Jack Zouhary and Jean Ann S.
Sieler, for appellant.
     Gregory L. Arnold; Winchester & Associates and Mark A.
Robinson, for appellee Mark A. Robinson, administrator of the
estate of Kathy Ann Keller.
     Lee Fisher, Attorney General, and Nancy J. Miller, Deputy
Chief Counsel, urging affirmance for amicus curiae, state of
Ohio.
     Haralson, Kinerk & Morey, P.C., Dale Haralson and Adam
Levine; Arthur H. Bryant and Priscilla Budeiri, urging
affirmance for amicus curiae, Trial Lawyers for Public Justice,
P.C.
     Schulman, Mestel & Burick Co., L.P.A., Allen Schulman,
Jr., Paul O. Scott, Michael F. Colley, Robert Gibbon and Thomas
Murray, urging affirmance for amici cariae, Ohio Academy of
Trial Lawyers and Association of Trial Lawyers of America.


     The appeal is dismissed for want of a final appealable
order.
     Moyer, C.J., A.W. Sweeney, Douglas, Wright, F.E. Sweeney
and Pfeifer, JJ., concur.
     Prior to his death while sitting for Resnick, J., John F.

Corrigan, J., of the Eighth Appellate District, participated in the decision of this cause.